**Order entered June 5, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00541-CV

## IN THE BEST INTEREST AND PROTECTION OF J.A., A MINOR CHILD

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 19M-091**

## ORDER

We **REINSTATE** this appeal as the findings of fact and conclusions of law for which we abated the appeal have been filed.

As per our May 30, 2019 order, appellant shall file her brief no later than June 11, 2019.

/s/     KEN MOLBERG
JUSTICE